O

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN § | | |
|     TDCJ-CID #616132 § | | |
| V. § | C.A. NO. C-05-191 | |
| § | | |
| U.S. GOVERNMENT, ET AL. § | | |

**ORDER VACATING ORDER GRANTING
APPLICATION TO PROCEED *IN FORMA PAUPERIS***

On April 21, 2005, Texas state prisoner James Eric Loften ("Loften") filed on a preprinted habeas corpus form a civil rights action arguing that defendants were engaged in a conspiracy to deny him access to the courts (D.E.1). The case was erroneously opened as a habeas corpus action and Loften's application to proceed *in forma pauperis* (D.E. 7) was granted and the $5.00 filing fee waived (D.E. 8).

Because this action is actually a § 1983 civil rights case, the order granting Loften's i.f.p. application (D.E. 8) is hereby VACATED. The Clerk is instructed to redesignate this case as a civil rights action under 42 U.S.C. § 1983.

ORDERED this 16th day of June, 2005.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE