# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN<br>TDCJ-CID #616132,<br>Plaintiff, | § § § § § | |
| v. | § | C.A. NO. C-05-191 |
| | § § | |
| UNITED STATES GOVERNMENT, et al.,<br>Defendant. | § § | |

## MEMORANDUM OPINION ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL AND MOTION FOR RECUSAL

On September 15, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 21). The United States Magistrate Judge filed and additional Memorandum and Recommendation on January 13, 2006 (D.E. 27). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's Motion for a New Trial and Motion for Recusal (D.E. 26) are DENIED. In addition, plaintiff's complaint is DISMISSED without prejudice for want of prosecution. Fed. R. Civ. P. 41(b)

ORDERED this ___31st___ day of ___January___, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE