# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES ERIC LOFTEN | § | |
| | § | |
| v. | § | C.A. NO. C-05-191 |
| | § | |
| U.S. GOVERNMENT, ET AL. | § | |

## MEMORANDUM OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR NEW TRIAL

On March 16, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 33). Objections were timely filed (D.E. 36, 37).[1] Plaintiff's objections are without merit. Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's "motion to amend the substance of the judgment, order obtained by fraud, conspiracy under RICO to harass," (D.E. 32) treated as a motion for a new trial, is denied.

ORDERED this     29     day of     April    , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE

---

1. The actual nature of plaintiff's filings is unclear. Apart from a general hostility towards the courts and the prison system, plaintiff's legal intent is nearly impossible to decipher from his writing. For the purposes of this order, however, these filings will be treated as objections and plaintiff will receive a full, *de novo* review.